

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Luis Loeza, Appellant

No. 06-17-00104-CV    v.

SPCA of Texas, Appellee

Appeal from the 443rd District Court of Ellis County, Texas (Tr. Ct. No. 95986). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Luis Loeza, pay all costs of this appeal.

RENDERED DECEMBER 28, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk